**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 10-cv-00816-REB-KMT

MARK R. NICASTLE

     Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE, and
SHERIFF DOUGLAS N. DARR, in his official and individual capacity,

     Defendants.

---

## ORDER APPROVING JUROR QUESTIONNAIRE

---

**Blackburn, J.**

     The attached **Juror Questionnaire** is approved for use in the trial of this case.

     **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror**

**Questionnaire** shall be given to and completed by each prospective juror reporting for

service in the trial of this case.

     Dated April 18 2011 at Denver, Colorado.

                              **BY THE COURT:**

                              Robert E. Blackburn
                              United States District Judge