# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date:           May 2, 2011

Deputy Clerk:        Nel Steffens
Court Reporter:      Suzanne Claar

**Civil Action No.  10-cv-00816-REB-KMT**

| *Parties:* | *Counsel:* |
|---|---|
| MARK R. NICASTLE, | Donald Sisson |
|  | Reid Elkus |
| Plaintiff, |  |
| v. |  |
| SHERIFF DOUGLAS N. DARR, in his individual and official capacities, | Heidi Miller |
| Defendant. |  |

## COURTROOM MINUTES

**Trial to Jury - Day One**

**8:43 a.m.     Court in session.**

Appearances of counsel.  Also seated at plaintiff's table is paralegal Kristin Wernsman. Also seated at defendants' table is paralegal Kelly Vis.

Jury panel is not present.

Court's opening remarks.

Discussion regarding current anticipated length of trial.

Discussion regarding further revision of witness lists.

Discussion regarding the proper caption as to the defendant(s).  Plaintiff concurs that

there is no distinction between the "Adams County Sheriff's Office" and Sheriff Darr in his official capacity and withdraws "Adams County Sheriff's Office" as a party to this action. The court will identify the defendant as "Sheriff Douglas N. Darr, in his individual and official capacities" and the caption of this case shall be amended accordingly.

**8:55 a.m.        Court in recess.**

**9:17 a.m.        Court in session.**

Jury panel is present; 15 jurors are seated in the jury box prior to Court calling the case.

**9:18 a.m.**        Civil voir dire oath given to jury panel.  Voir dire by court commences.

Opening statements by the Court.

**9:23 a.m.**        Mr. Sisson introduces himself, Mr. Elkus, the plaintiff, and Ms. Wernsman.

**9:23 a.m.**        Ms. Miller introduces herself, the defendant, and Ms. Vis.

**9:23 a.m.**        Court introduces court staff; voir dire continues.

Challenge for Cause by Court:
1.      100184048

**10:37 a.m.    Court in recess.**

**10:51 a.m.    Court in session.**

Jury panel is present.

10:51 a.m.    Voir dire by Mr. Elkus.

11:05 a.m.    Voir dire by Ms. Miller.

11:12 a.m.    Bench conference.

Peremptory Challenges by Plaintiff:
1.      #100178575
2,      #100186690
3.      #100173385

Peremptory Challenges by Defendants:
1.      #100166389
2.      #100200311
3.      #100176822

11:25 a.m.     Civil jury oath administered.

<u>Nine Jurors Sworn to Try the Case:</u>

1. #100188167
2. #100187563
3. #100163976
4. #100175642
5. #100173933
6. #100174431
7. #100169645
8. #100170994
9. #100168125

**11:25 a.m.     Court in recess.**

**11:52 a.m.     Court in session.**

Court addresses jury regarding the lunch break.

**11:55 p.m.     Court in recess.**

**1:20 p.m.      Court in session.**

Jury is present.

Court gives jury preliminary instructions.

Court's sequestration order is in effect.

1:33 p.m.     Opening statement by Mr. Elkus.

1:56 p.m.     Opening statement by Ms. Miller.

2:13 p.m.     Court reads stipulations to jury.

2:17 p.m.     Plaintiff's witness, Douglas Darr, called and sworn.

Direct examination by Mr. Sisson.

*Exhibit Identified: 11*

Court notes that many exhibits are stipulated and are admitted at this time.

*Exhibits Admitted: 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33*

Continued direct examination by Mr. Sisson.

**3:00 p.m.     Court in recess.**

**3:20 p.m.     Court in session.**

Jury is present.

Defendant has resumed the witness stand.

Continued direct examination by Mr. Sisson.

*Exhibits Identified: 36, 35*

*Exhibit Admitted: 36*

4:53 p.m.     Court advises jurors regarding admonitions of trial.  Trial will resume tomorrow at 8:30 a.m.

**4:55 p.m.     Court in recess.**

Total time in court:   05:24

Trial continued.