IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:            May 3, 2011

Deputy Clerk:    Nel Steffens
Court Reporter:  Suzanne Claar

**Civil Action No.  10-cv-00816-REB-KMT**

| *Parties:* | *Counsel:* |
|---|---|
| MARK R. NICASTLE, | Donald Sisson |
|  | Reid Elkus |
| Plaintiff, |  |
| v. |  |
| SHERIFF DOUGLAS N. DARR, in his individual and official capacities, | Heidi Miller |
| Defendant. |  |

## COURTROOM MINUTES

**Trial to Jury - Day Two**

**8:35 a.m.    Court in session.**

Appearances of counsel.  Also seated at plaintiff's table is paralegal Kristin Wernsman. Also seated at defendants' table is paralegal Kelly Vis.

Jury panel is not present.

Court's opening remarks.

Discussion regarding the court's policy as to counsel leaving and reentering the well of the court during trial.

8:36 a.m.    Jury enters.

Defendant Darr resumes the witness stand.

Continued direct examination by Mr. Sisson.

*Exhibit Identified: 37, 50*

*Exhibit Admitted: 50*

**9:58 a.m.     Court in recess.**

**10:21 a.m.    Court in session.**

Jury is present.

Defendant has resumed the witness stand.

Cross examination by Ms. Miller.

*Exhibit Identified: 41*

*Exhibit Admitted: 41*

11:21 p.m.    Re-direct examination by Mr. Sisson.

*Exhibit Identified: 38*

*Exhibit Admitted: 38, Page 24 only*

11:37 a.m.    Defendant is excused from the witness stand.

11:39 a.m.    Plaintiff's witness, Fred Stoll, called and sworn.

Direct examination by Mr. Elkus.

**11:58 a.m.    Court in recess.**

**1:19 p.m.     Court in session.**

Jury is not present.

Court supplements the record regarding three evidentiary rulings made by the court during the examination of Sheriff Darr.

1:26 p.m.     Jury enters.

Witness Stoll has resumed the witness stand.

Continued direct examination by Mr. Elkus.

2:18 p.m.     Cross examination by Ms. Miller.

2:34 p.m.     Re-direct examination by Mr. Elkus.

2:38 p.m.     Witness Stoll is excused and released from subpoena.

2:41 p.m.     Plaintiff's witness, James Wilbourn, called and sworn.

Direct examination by Mr. Elkus.

**3:06 p.m.     Court in recess.**

**3:27 p.m.     Court in session.**

Jury is present.

Witness Wilbourn has resumed the witness stand.

Continued direct examination by Mr. Elkus.

3:32 p.m. - 3:37 p.m.  Bench conference.

Continued direct examination by Mr. Elkus.

3:44 p.m.     Cross examination by Ms. Miller.

4:12 p.m.     Re-direct examination by Mr. Elkus.

4:22 p.m.     Re-cross examination by Ms. Miller.

4:24 p.m.     Witness is excused and released from subpoena.

4:25 p.m.     Plaintiff's witness, Jayn Matsuno, called and sworn.

Direct examination by Mr. Sisson.

4:57 p.m.     Witness is excused and asked to return to continue her testimony at 8:30 a.m. tomorrow.; the witness' subpoena is extended.

4:57 p.m.     Court advises the jury regarding admonitions of trial; trial will resume at 8:30 a.m. tomorrow.

4:58 p.m.     Jury exits.

Court announces that its recently entered order will be delivered to counsel before they leave the courtroom today.

Discussion regarding the deposition testimony of Candi Baker.  Parties propose a stipulation.

Court approves the stipulation that the defendant be given a brief opportunity to designate excerpts from the deposition to be included in the reading to the jury, and that all designated portions be read to the jury by Mr. Sisson and his paralegal, acting as reader.

**5:05 p.m.      Court in recess.**

Total time in court:   06:25

Trial continued.