IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:            May 4, 2011

Deputy Clerk:    Nel Steffens
Court Reporter:  Suzanne Claar

**Civil Action No.  10-cv-00816-REB-KMT**

*Parties:*                                          *Counsel:*

MARK R. NICASTLE,                                   Donald Sisson
                                                    Reid Elkus
        Plaintiff,

v.

SHERIFF DOUGLAS N. DARR, in his                     Heidi Miller
individual and official capacities,

        Defendant.

## COURTROOM MINUTES

**Trial to Jury - Day Three**

**8:35 a.m.     Court in session.**

Appearances of counsel.  Also seated at plaintiff's table is paralegal Kristin Wernsman.  Also seated at defendants' table is paralegal Kelly Vis.

Jury panel is not present.

Court's opening remarks.

Court addresses parties regarding the minute order entered yesterday.

    **IT IS ORDERED** as follows:

    1. That the **Minute Order** [#92] entered May 3, 2011, is **VACATED**.

Court addresses parties regarding its practice that the court reporter not make a record of depositions that are read into evidence. Parties have no objection.

Discussion regarding the parties' proposed procedure as to the reading of portions of the deposition of Candi Baker.

8:40 a.m.   Jury enters.

Witness Matsuno has resumed the witness stand.

Continued direct examination by Mr. Sisson.

8:41 a.m.   Cross examination by Ms. Miller.

8:46 a.m.   Re-direct examination by Mr. Sisson.

8:52 a.m.   Witness is excused and released from subpoena.

8:53 a.m.   Plaintiff's witness, David Shipley, called and sworn.

Direct examination by Mr. Elkus.

9:33 a.m.   Cross examination by Ms. Miller.

9:54 a.m.   Re-direct examination by Mr. Elkus.

10:06 a.m.  Witness is excused and released from subpoena.

**10:05 a.m.  Court in recess.**

**10:25 a.m.  Court in session.**

Jury is present.

10:27 a.m.  Plaintiff's witness, Rick Reigenborn, called and sworn.

Direct examination by Mr. Elkus.

10:42 a.m.  Cross examination by Ms. Miller.

10:43 a.m.  Re-direct examination by Mr. Elkus.

10:44 a.m.  Witness is excused and released from subpoena.

Mr. Sisson asks that the deposition testimony of Candi Baker be read.

Court instructs the jury regarding deposition testimony.

10:46 a.m. - 11:19 a.m.     Deposition testimony of Candi Baker read by Mr. Sisson and Ms. Wernsman.

11:20 a.m.     Plaintiff, Mark Nicastle, called and sworn.

Direct examination by Mr. Sisson.

**11:57 a.m.     Court in recess.**

**1:20 p.m.     Court in session.**

Jury is present.

Plaintiff has resumed the witness stand.

Continued direct examination by Mr. Sisson.

**2:56 p.m.     Court in recess.**

**3:17 p.m.     Court in session.**

Jury is present.

Plaintiff has resumed the witness stand.

Continued direct examination by Mr. Sisson.

4:19 p.m.     Cross examination by Ms. Miller.

*Exhibit Identified: 93*

4:50 p.m.     Court advises the jury regarding admonitions of trial; trial will resume at 8:30 a.m. tomorrow.

4:51 p.m.     Jury exits.

Court directs counsel to mark as Exhibit 111 the deposition transcript of Candi Baker, clearly indicating those portions of the deposition that were read into evidence.

Discussion regarding the remainder of the plaintiff's case.

**4:55 p.m.     Court in recess.**

Total time in court:   06:16

Trial continued.