IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:         May 5, 2011

Deputy Clerk:      Nel Steffens
Court Reporter:    Suzanne Claar

**Civil Action No.  10-cv-00816-REB-KMT**

| *Parties:* | *Counsel:* |
|---|---|
| MARK R. NICASTLE, | Donald Sisson |
|  | Reid Elkus |
| Plaintiff, |  |
| v. |  |
| SHERIFF DOUGLAS N. DARR, in his individual and official capacities, | Heidi Miller |
| Defendant. |  |

## COURTROOM MINUTES

**Trial to Jury - Day Four**

**8:33 a.m.      Court in session.**

Appearances of counsel.  Also seated at defendants' table is paralegal Kelly Vis.

Jury is present.

Plaintiff has resumed the witness stand.

Continued cross examination by Ms. Miller.

*Exhibit Identified: 59*

9:21 a.m.     Re-direct examination by Mr. Sisson.

9:26 a.m. - 9:27 a.m.      Bench conference.

**9:30 a.m.      Court in recess.**

**10:10 a.m.     Court in session.**

Jury is not present.

Parties confirm that the plaintiff's next witness is present.

10:11 a.m.     Jury enters.

Plaintiff's witness, Craig Coleman, called and sworn.

Direct examination by Mr. Elkus.

*Exhibit Identified: 57*

10:40 a.m.     Cross examination by Ms. Miller.

*Exhibit Identified: 59*

*Exhibit Admitted: 59*

11:13 a.m.     Re-direct examination by Mr. Elkus.

11:39 a.m.     Re-cross examination by Ms. Miller.

11:41 a.m.     Witness is excused and released from subpoena.

11:42 a.m.     Mr. Sisson exits the courtroom to determine presence of witnesses.

11:43 a.m.     Plaintiff's witness, Clint Tweden, called and sworn.

Direct examination by Mr. Elkus.

**11:58 a.m.     Court in recess.**

**1:19 p.m.      Court in session.**

Jury is present.

Witness Tweden has resumed the witness stand.

Continued direct examination by Mr. Elkus.

1:24 p.m.      Cross examination by Ms. Miller.

1:26 p.m.      Witness is excused and released from subpoena.

1:27 p.m.     Plaintiff's witness, Michael McIntosh, called and sworn.

Direct examination by Mr. Elkus.

1:49 p.m.     Cross examination by Ms. Miller.

2:01 p.m.     Re-direct examination by Mr. Elkus.

2:05 p.m.     Witness is excused and released from subpoena.

2:08 p.m.     Plaintiff's witness, Paul Siska, called and sworn.

Direct examination by Mr. Sisson.

2:32 p.m. - 2:34 p.m.     Bench conference.

Witness is offered as an expert in the area of law enforcement administration as it pertains to the Adams County Sheriff's Office.

Voir dire by Ms. Miller; objection.

2:40 p.m.     Jury exits.

Colloquy between the court and Mr. Sisson regarding the anticipated testimony of witness Siska. Court overrules Ms. Miller's objection.

**2:55 p.m.     Court in recess.**

**3:20 p.m.     Court in session.**

Jury is present.

Court informs the jury that the witness has been accepted as an expert in the area of law enforcement administration as it pertains to the Adams County Sheriff's Office.

Witness Siska resumes the witness stand.

Continued direct examination by Mr. Sisson.

*Exhibit Identified: 37*

*Exhibit Admitted: 37*

4:53 p.m.     Witness is excused for the day and asked to return at 8:30 a.m. Monday, May 9, 2011.

4:54 p.m.     Court advises jury regarding admonitions of trial; trial will resume at 8:30

a.m. Monday, May 9, 2011.

Mr. Elkus asks to address the court outside the presence of the jury.

4:55 p.m.     Jury exits.

Mr. Elkus addresses the court regarding the uncertainty of plaintiff calling Dr. Sewell and the possibility of amending the exhibit list.

**4:57 p.m. Court in recess.**

Total time in court:   05:58

Trial continued.