IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:           May 9, 2011

Deputy Clerk:   Nel Steffens
Court Reporter: Suzanne Claar

**Civil Action No. 10-cv-00816-REB-KMT**

*Parties:*                                              *Counsel:*

MARK R. NICASTLE,                                       Donald Sisson
                                                        Reid Elkus
      Plaintiff,

v.

SHERIFF DOUGLAS N. DARR, in his                         Heidi Miller
individual and official capacities,

      Defendant.

**COURTROOM MINUTES**

**Trial to Jury - Day Five**

**8:36 a.m.    Court in session.**

Appearances of counsel. Also seated at defendants' table is paralegal Kelly Vis.

Jury is not present.

Court's opening remarks.

Ms. Miller addresses the court regarding anticipated testimony of Patricia Pacey as to the issue of front pay. Court will receive the testimony outside the presence of the jury.

8:40 a.m.    Jury enters.

Witness Paul Siska resumes the witness stand.

Continued direct examination by Mr. Sisson.

| | |
|---|---|
| 8:51 a.m. | Cross examination by Ms. Miller. |
| 9:09 a.m. | Re-direct examination by Mr. Sisson. |

**9:17 a.m.    Court in recess.**

**9:20 a.m.    Court in session.**

Jury is not present.

Court reprimands spectator, Carl Hoopes, for his intrusion into the well of the court during trial proceedings.  Mr. Hoopes is directed to leave the courtroom.

**9:23 a.m.    Court in recess.**

**9:39 a.m.    Court in session.**

Jury is present.

Witness has resumed the witness stand.

Re-direct examination by Mr. Sisson.

| | |
|---|---|
| 9:41 a.m. | Re-cross examination by Ms. Miller. |
| 9:42 a.m. | Re-direct examination by Mr. Sisson. |
| 9:43 a.m. | Witness is excused and released from subpoena. |
| 9:44 a.m. | Plaintiff's witness, Debbie Holgerson, called and sworn. |

Direct examination by Mr. Sisson.

| | |
|---|---|
| 9:55 a.m. | Cross examination by Ms. Miller. |
| 9:56 a.m. | Witness is excused and released from subpoena. |
| 9:58 a.m. | Plaintiff's witness, Patricia Pacey, called and sworn. |

Direct examination by Mr. Sisson.

Dr. Pacey is proffered and accepted as an expert in the field of economics.

| | |
|---|---|
| 10:09 a.m. | Court addresses jury regarding testimony it will now receive, in the interests of judicial economy, outside the presence of the jury as to issues to be |

      decided, if necessary, by the court.

| | |
|---|---|
| 10:11 a.m. | Jury exits. |
| 10:12 a.m. | Direct examination by Mr. Sisson regarding front pay. |
| 10:27 a.m. | Cross examination by Ms. Miller. |
| 10:33 a.m. | Re-direct examination by Mr. Sisson. |
| **10:35 a.m.** | **Court in recess.** |
| **11:00 a.m.** | **Court in session.** |

Jury is present.

Witness Pacey has resumed the witness stand.

Cross examination by Ms. Miller.

| | |
|---|---|
| 11:02 a.m. | Re-direct examination by Mr. Sisson. |
| 11:03 a.m. | Witness is excused and released from subpoena. |
| 11:03 a.m. | Plaintiff rests. |
| 11:04 a.m. | Jury exits. |
| 11:05 a.m. | Ms. Miller moves for directed verdict on the issue of political affiliation.  Ms. Miller renews the defendant's motion for summary judgment as to the First Amendment claim as well as to the defense of qualified immunity. |
| 11:07 a.m. | Response by Mr. Sisson. |
| 11:12 a.m. | Argument by Ms. Miller. |
| 11:14 a.m. | Response by Mr. Elkus. |
| 11:22 a.m. | Court's findings and conclusions. |

  **IT IS ORDERED** as follows:

  1.  That the defendant's oral motion renewing the motion for summary judgment is DENIED;

  2.  That the oral motion for directed verdict, now entry of judgment as a matter of law pursuant to Fed.R.Civ.P. 50(a)(1) and (2), is taken under advisement.

11:26 a.m.   Jury enters.

Defendant's witness, Roger Engelsman, called and sworn.

Direct examination by Ms. Miller.

**11:55 p.m.   Court in recess.**

**1:18 p.m.   Court in session.**

Jury is present.

Witness Engelsman has resumed the witness stand.

Cross examination by Mr. Elkus.

2:15 p.m.   Re-direct examination by Ms. Miller.

2:24 p.m.   Witness is excused and released from subpoena.

2:25 p.m.   Defendant is recalled to the witness stand and is reminded that he is still under oath.

Direct examination by Ms. Miller.

**2:55 p.m.   Court in recess.**

**3:20 p.m.   Court in session.**

Jury is present.

Defendant has resumed the witness stand.

Continued direct examination by Ms. Miller.

*Exhibits Identified: 49, 38 - Page 23*

*Exhibit Admitted: 49, 38 - Page 23*

4:29 p.m.   Cross examination by Mr. Sisson.

4:50 p.m.   Court advises the jury regarding admonitions of trial; trial will resume tomorrow morning at 8:30 a.m.

4:51 p.m.   Jury exits.

Discussion regarding parties' anticipated remaining witnesses.

**4:55 p.m.** **Court in recess.**

Total time in court:   05:47

Trial continued.