IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Date:             May 10, 2011

Deputy Clerk:     Nel Steffens
Court Reporter:   Suzanne Claar

**Civil Action No.  10-cv-00816-REB-KMT**

*Parties:*                                    *Counsel:*

MARK R. NICASTLE,                             Donald Sisson
                                              Reid Elkus
        Plaintiff,

v.

SHERIFF DOUGLAS N. DARR, in his               Heidi Miller
individual and official capacities,

        Defendant.

## COURTROOM MINUTES

**Trial to Jury - Day Six**

**8:36 a.m.     Court in session.**

Appearances of counsel.  Also seated at plaintiff's table is paralegal Kristin Wernsman.  Also seated at defendant's table is paralegal Kelly Vis.

Jury is not present.

Court's opening remarks.

Court addresses parties regarding their request for expanded time for closing arguments and states that the issue will be further addressed at the Charging Conference.

8:40 a.m.     Jury enters.

Defendant resumes the witness stand.

Continued cross examination by Mr. Sisson.

9:09 a.m.   Re-direct examination by Ms. Miller.

9:17 a.m.   Defendant is excused from the witness stand.

9:17 a.m.   Defense rests.

Plaintiff has no rebuttal evidence.

9:20 a.m.   Jury exits.

Parties have no post-evidentiary motions, petitions, or requests.

Discussion regarding timing of Charging Conference and closing arguments.

9:25 a.m.   Jury enters.

Court addresses the jury regarding scheduling of remaining proceedings today.  Court asks that the jury return at 1:15 p.m.

9:29 a.m.   Jury exits.

Court states that proposed jury instructions will be delivered to counsel in approximately half an hour, with Charging Conference to commence at approximately 10:30 a.m.

**9:35 a.m.   Court in recess.**

**11:00 a.m.   Court in session.**

Jury is not present.

Defendant Darr's presence is waived for this Charging Conference.

11:03 a.m.   Charging Conference commences.

11:34 a.m.   Charging Conference concluded.

**11:35 a.m.   Court in recess.**

**1:13 p.m.   Court in session.**

Jury is not present.

Counsel have received copies of jury instructions.

Court addresses parties regarding their previous objections to instructions and verdict

form.

1:17 p.m.    Jury is present.

Courtroom deputy clerk delivers copies of jury instructions to the jury.

1:20 p.m.    Court instructs jury.

2:10 p.m.    Closing argument by Mr. Sisson.

**3:07 p.m.    Court in recess.**

**3:25 p.m.    Court in session.**

Jury is present.

Courtroom deputy clerk delivers corrected jury instructions (Instruction No. 11 at Page 2 and Instruction No. 13) to jurors.

3:28 p.m.    Closing argument by Ms. Miller.

4:10 p.m.    Rebuttal argument by Mr. Sisson.

4:18 p.m.    Bailiffs are sworn.

4:20 p.m.    Jury exits to commence deliberations.

Court directs counsel and parties to remain within ten minutes of the courthouse and to leave the best possible contact information with the courtroom deputy clerk. Court will reconvene at approximately 4:50 p.m.

**4:22 p.m.    Court in recess.**

**4:55 p.m.    Court in session.**

Court addresses parties regarding daily protocol during jury deliberations.

4:57 p.m.    Jury enters.

4:58 p.m.    Court advises jury regarding admonitions of trial and asks that they return to continue their deliberations at 8:30 a.m.

5:00 p.m.    Jury exits.

Unless a verdict is sooner received, court will reconvene tomorrow at approximately 4:50 p.m.

**5:00 p.m.**     **Court in recess.**

Total time in court:   04:30

Trial continued.