IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 10-cv-00816-REB-KMT

MARK R. NICASTLE,

    Plaintiff,

v.

SHERIFF DOUGLAS N. DARR, in his individual and official capacities,

    Defendant.

## NOTE TO THE COURT

__X__ We the jury, have a question.

_____ We the jury, have a verdict.

Please write your question to the Court below:

In Instruction #10 item 3 what is ment by Chill a person. / Definition of Chill

**Answer by the Court:**

5-11-11
11:20 AM.

Jury Question: (Wednesday, May 11, 2011, 11:20 a.m.):

    To the question of the jury appearing on the preceding page, I provide the following response.

    I have received and reviewed your question with counsel for the parties.

    Question: "In Instruction #10 concerning item 3, what is ment (sic) by chill a person./Definition of chill."

    Answer: As used in Instruction No. -10- concerning element 3, "chill" means to discourage or deter.

    The foregoing response to your question is not intended to replace or unreasonably emphasize any instruction. All instructions remain in full force and effect and should be read and considered by you in their entirety.