IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No.  10-cv-00816-REB-KMT

MARK R. NICASTLE,

    Plaintiff,

v.

SHERIFF DOUGLAS N. DARR, in his individual and official capacities,

    Defendant.

## NOTE TO THE COURT

_____ We the jury, have a question.

\_\_\_\_X\_\_\_\_ We the jury, have a verdict.

Please write your question to the Court below:

_____

**Answer by the Court:**

_____

Rec'd 5/12/11 @ 1:42 p.m. by [initials]